UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARZUQ AL-HAKIM,

      Plaintiff,

v.                                                      Case No. 8:05-cv-1825-T-24 EAJ

UNITED STATES OF AMERICA,
et. al,

      Defendants.
_____/

**O R D E R**

      This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration (Doc. No. 1). Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Motion for U.S. Marshal's Office for Service of the Complaint (Doc. No. 3), and Motion to Waive Initial Filing Fee (Doc. No. 5). (Doc. No. 5) were considered by the United States Magistrate Judge, pursuant to a specific order of referral.  The Magistrate Judge filed a report and recommended that the motions be denied without prejudice.  Furthermore, the Magistrate Judge recommended that Plaintiff be given thirty (30) days from the date of the order, filed November 17, 2005, to state a non-frivolous cause of action and failure to do so would result in dismissal of Plaintiff's complaint without prejudice. (Doc. No. 6).

      Plaintiff was furnished a copy of the Report and Recommendation and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent

examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 6) is adopted and incorporated by reference in this Order of the Court;

(2) Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) is **DENIED WITHOUT PREJUDICE**;

(3) Plaintiff's Motion for U.S. Marshal's Office for Service of the Complaint (Doc. No. 3) is **DENIED WITHOUT PREJUDICE**;

(4) Plaintiff's Motion to Waive Initial Filing Fees (Doc. No. 5 ) is **DENIED WITHOUT PREJUDICE**;

(5) Plaintiff filed an amended complaint on November 23, 2005. If Plaintiff wished to proceed *in forma pauperis*, he must again move the Court for permission; otherwise, he must pay the filing fee.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of December, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Marzuq Al-Hakim, Pro Se