UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARZUQ AL-HAKIM,

    Plaintiff,

v.                                              Case No. 8:05-cv-1825-T-24 EAJ

UNITED STATES OF AMERICA,
et. al,

    Defendants.
_____/

**O R D E R**

      This cause comes before the Court for consideration of Plaintiff's amended complaint seeking review of the decision of the Commissioner of the Social Security Administration. (Doc. No. 7). Plaintiff's Renewed Motion for Leave to Proceed in Forma Pauperis (Doc. No. 15), Plaintiff's Second and Third Motion for U.S. Marshal's Office to Serve the Complaint (Doc. Nos. 10, 21), and Plaintiff's Motion for Discovery Period and Pre-Trial Order (Doc. No. 9) were considered by the United States Magistrate Judge, pursuant to a specific order of referral. The Magistrate Judge filed a report and recommendation that the motions be denied and the amended complaint dismissed pursuant to 28 U.S.C. § 1915(e)(2) as frivolous, and because it seeks monetary relief against a defendant who is immune from such relief. (Doc. No. 23).

      Plaintiff was furnished a copy of the Report and Recommendation and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff filed his objections to the Magistrate's Report on February 21, 2006. (Doc. No. 24). Upon consideration of the Report and Recommendation and Plaintiff's objections thereto, and upon this Court's independent

examination of the file, it is determined that the Report and Recommendation (Doc. No. 23) should be adopted.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)  The Magistrate Judge's Report and Recommendation (Doc. No. 23) is adopted and incorporated by reference in this Order of the Court;

(2)  Plaintiff's Renewed Motion for Leave to Proceed in Forma Pauperis (Doc. No. 15) is **DENIED**;

(3)  Plaintiff's Amended Complaint (Doc. No. 7) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2);

(4)  Plaintiff's Second and Third Motion for U.S. Marshal's Office to Serve the Complaint (Doc. Nos. 10, 21) are **DENIED AS MOOT**;

(5)  Plaintiff's Motion for Discovery Period and Pre-Trial Order (Doc. No. 9) is **DENIED AS MOOT**;

(6)  Plaintiff's Motion for Extension of Time (Doc. No. 24) is **GRANTED**;

(6)  The clerk is directed to **CLOSE** this case and terminate any pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of February, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Marzuq Al-Hakim, Pro Se